UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| **DESMOND DEMARIO FRAZIER** | **CIVIL ACTION NO. 6:19-CV-00082** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **CITY OF KAPLAN, LOUISIANA, ET AL** | **MAG. JUDGE PATRICK J. HANNA** |

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and after consideration of objections filed, this Court concludes that the Magistrate Judge's report and recommendation [Doc. No. 34] is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendants' Motion to Dismiss Regarding Plaintiff's First Amended Complaint (Rec. Doc. 25) is **GRANTED**. Plaintiff's § 1983 claims for false arrest/imprisonment, all Fourth, Fifth, Fourteenth, *Monell*, and federal law claims for malicious prosecution are **DISMISSED WITH PREJUDICE**, consistent with the report and recommendation. Plaintiff's state law claims for malicious prosecution are **DISMISSED WITHOUT PREJUDICE** to his right to pursue those in State court.

**IT IS FURTHER ORDERED** that the remaining motions [Doc. Nos. 6, 18 & 22] are **DENIED AS MOOT**.

Signed at Monroe, Louisiana, this 13th day of June, 2019.

_____
TERRY A. DOUGHTY,
UNITED STATES DISTRICT JUDGE
WESTERN DISTRICT OF LOUISIANA