# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# DIVISION OF LAFAYETTE

| | |
|---|---|
| **DESMOND DEMARIO FRAZIER** | **CIVIL ACTION: 6:19-cv-00082** |
| **VERSUS** | **JUDGE DOUGHTY** |
| **CITY OF KAPLAN, LOUISIANA, ET AL** | **MAGISTRATE JUDGE HANNA** |

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and noting the absence of any objections/and after consideration of objections filed, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendants' Motion to Dismiss Penalty, Punitive, or Exemplary Damages (Rec. Doc. 6) be DENIED AS MOOT, and that Defendants' Motion to Dismiss Penalty, Punitive, or Exemplary Damages Regarding Plaintiff's First Amended Complaint (Rec. Doc. 22) be GRANTED, consistent with the report and recommendation.

Signed at Monroe, Louisiana, this 19th day of June, 2019.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE
WESTERN DISTRICT OF LOUISIANA