# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# DIVISION OF LAFAYETTE

| | |
|---|---|
| **DESMOND DEMARIO FRAZIER** | **CIVIL ACTION: 6:19-cv-00082** |
| **VERSUS** | **JUDGE DOUGHTY** |
| **CITY OF KAPLAN, LOUISIANA, ET AL** | **MAGISTRATE JUDGE HANNA** |

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After a *de novo* review of the record, including the objections [Doc. No. 39] and response [Doc. No. 43], this Court concludes that the Magistrate Judge's report and recommendation [Doc. No. 34] is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that that Defendants' Motion to Dismiss Regarding Plaintiff's First Amended Complaint [Doc. No. 25] is **GRANTED**. Plaintiff's § 1983 claims for false arrest/imprisonment, all Fourth, Fifth, Fourteenth, Monell, and federal law claims for malicious prosecution are **DISMISSED WITH PREJUDICE**, consistent with the report and recommendation. Plaintiff's state law claims for malicious prosecution are **DISMISSED WITHOUT PREJUDICE** to his right to pursue those in State court.

**IT IS FURTHER ORDERED** that the remaining motion [Doc. No. 18] is **DENIED AS MOOT**.

MONROE, LOUISIANA, this 25th day of June, 2019.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE